BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00316 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER THEREON |
| | ) | FOR EXCLUSION OF TIME |
| v. | ) | |
| | ) | |
| RICHARD LIENG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

 Defendant RICHARD LIENG, by and through his attorney, MARK BROUGHTON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the delay between the defendant's detention hearing held on May 24, 2011, and the status conference set for July 15, 2011, shall be excluded in the interests of justice herein for

////
////
////
////

effective defense preparation and review of voluminous discovery materials, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 25, 2011                          Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney


                                        By:  /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

Dated: May 25, 2011                          /s/ Mark Broughton
                                             MARK BROUGHTON

## O R D E R

THE COURT FINDS based on the reasons articulated by the parties for the delay between the detention hearing held on May 24, 2011, and status conference date set July 15, 2011, that the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

THE COURT FURTHER ORDERS THAT the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

   Dated:   **May 27, 2011**                 **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE